IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

BILLY WADE INGRAM; BRIAN K.
HARGROVE; MATTHEW J. CUTHELL; NEIL S.
STEVENS; STEVEN PRUSH; EDGAR LOVICK;
WILLIE MCNEILL; WILLIAM FRANLIN;
WILLIAM MCMANN; ALVIN ROGERS;
RICHARD BURCHAM; BILLY SATTERFIELD;
CHRISTOPHER EDWARDS; MANUAL
HERNANDEZ; HARVEY FLINCHUM; TED
ALLRED,
    Plaintiffs,
  v.              **Judgment in a Civil Case**
GRADY J. HAYNES; SHELIA MITCHELL;
ROBERT C. LEWIS; FINESSE G. COUCH,
    Defendants.       Case Number: 5:10-CT-3085-D

**Decision by Court.**

This action came before the Honorable James C. Dever III, United States District Judge, for frivolity review pursuant to 28 U.S.C. § 1915.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed as frivolous.

This Judgment Filed and Entered on September 26, 2011, with service on:
Billy Wade Ingram 0200522, Sampson Correctional Institution, P.O. Box 1109, Clinton, NC 28329 (via U.S. Mail)

Brian K. Hargrove 0914795, Matthew J. Cuthrell 0614010, Neil S. Stevens 0866058, Steven Prush 0332322, Edgar Lovick 0249137, Willie McNeill 0276156, William Franklin 0135535, William McMann 0661061, Alvin Rogers 1042964, Richard Burcham 0056656, Christopher Edwards 0699684, Manuel Hernandez 0671927, Harvey Flinchum 0632296, Ted Allred 0005775, Warren Correctional Institution, P.O. Box 399, Manson, NC 27553 (via U.S. Mail)

Billy Satterfield 1082111, Forsyth Correctional Center, 307 Craft Drive, Winston-Salem, NC 27105 (via U.S. Mail)

| September 26, 2011 | /s/ Dennis P. Iavarone |
|---|---|
| | Clerk |